**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Mitchell S. Fineman, M.D. and Lucy Q. Fineman, h/w<br><br>Plaintiffs,<br><br>v.<br><br>Trek Bicycle Corporation, Ltd., Electra Bicycle Company, Inc., Electra Bicycle Corporation, LLC, Trek Retail Corporation (d/b/a Trek Bicycle Philadelphia Manayunk), Beacon Stores, Inc., (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), Mitchell Rovins and Susanna Rovins (d/b/a Beacon Stores, Inc. (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), SRAM, LLC, John Doe(s) and Jane Doe(s), ABC Corporation and DEF, LLC, and Heng Ying Machinery Co., Ltd.,<br><br>Defendants. | Civil Action No. 2:23-cv-02272 |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PETITION FOR REMOVAL**

Defendants, Trek Bicycle Corporation, LTD, Electra Bicycle Company, Inc., Electra Bicycle Corporation, LLC, Trek Retail Corporation, and SRAM, LLC, by and through their counsel, Marshall Dennehey Warner Coleman & Goggin, file this limited supplement to their Petition for Removal relative to the citizenship of defendant, SRAM, LLC, as appropriately pled in their original Petition for Removal filed on June 14, 2023[1]. As noted, for purposes of diversity, citizenship may be facially pled, concurrent with the requirements of Federal Rule of

[1] Defendants, Trek Bicycle Corporation, LTD, Electra Bicycle Company, Inc., Electra Bicycle Corporation, LLC, Trek Retail Corporation, and SRAM, LLC, will also be filing a full Response in Opposition to Plaintiffs' Motion to Remand within fourteen days as required under Federal Rules and will also seek costs and attorneys fees.

Civil Procedure Rule 11. See Lincoln Benefit Life Co. v. AEI Life, LLC, 800 F.3d 99, 105, 108 (3d. Cir. 2015); F.R.C.P. 11(b)(2)-(3). Defendants' Petition appropriately pleads that Defendant, SRAM, LLC, is a citizen of the State of Delaware and Illinois. See Petition for Removal, ¶19.

In further support of its truthful and proper averments in the Petition for Removal, SRAM, LLC hereby supplements its Petition for Removal with the Affidavit of Dan Powers, which avers as follows:

> 1. I am familiar with the corporate structure of SRAM, LLC.
>
> 2. SRAM, LLC is a limited liability company 100% owned by member SRAM Holdings, LLC.
>
> 3. SRAM Holdings, LLC, is a limited liability company with two members, SRAM-SP2, Inc. and SRAM International Holdings, Inc.
>
> 4. SRAM-SP2, Inc. is a citizen of the states of Delaware and Illinois.
>
> 5. SRAM-SP2, Inc. is a Delaware Corporation with a principal place of business located at 1000 West Fulton Market, 4th Floor, Chicago, Il 60607.
>
> 6. SRAM International Holdings, Inc. is a citizen of the states of Delaware and Illinois.
>
> 7. SRAM International Holdings, Inc. is a Delaware Corporation with a principal place of business located at 1000 West Fulton Market, 4th Floor, Chicago, IL 60607.

See Exhibit 5, Affidavit of Dan Powers. Because all members of SRAM, LLC are citizens of the states of Illinois and Delaware, as previously averred, SRAM, LLC, is a citizen of the states of Illinois and Delaware for diversity purposes. See Zambelli Fireworks Mfg. Co., Inc. v. Wood, 592 F.3d 412, 420 (3d Cir. 2010)(noting the citizenship of a limited liability is determined by the

citizenship of its members). As such, as appropriately alleged in their Petition for Removal, diversity of citizenship exists among the parties and removal to federal court is appropriate Pursuant to 28 U.S.C. § 1441.

**MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN**

BY: ___________________________
JOHN C. FARRELL, ESQUIRE
PA Bar ID: 52824
ELIZABETH UNDERWOOD
PA Bar ID: 93802
*Attorneys for Defendants,*
Trek Bicycle Corporation, LTD, Electra Bicycle Company, Inc., Electra Bicycle Corporation, LLC, Trek Retail Corporation, and SRAM, LLC

Date: July 14, 2023

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Mitchell S. Fineman, M.D. and Lucy Q. Fineman, h/w<br><br>Plaintiffs,<br><br>v.<br><br>Trek Bicycle Corporation, Ltd., Electra Bicycle Company, Inc., Electra Bicycle Corporation, LLC, Trek Retail Corporation (d/b/a Trek Bicycle Philadelphia Manayunk), Beacon Stores, Inc., (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), Mitchell Rovins and Susanna Rovins (d/b/a Beacon Stores, Inc. (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), SRAM, LLC, John Doe(s) and Jane Doe(s), ABC Corporation and DEF, LLC, and Heng Ying Machinery Co., Ltd.,<br><br>Defendants. | : | Civil Action No. 2:23-cv-02272 |

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Underwood, Esquire, hereby certify that on this date a true and correct copy of the foregoing Supplemental Memorandum in Support of Petition for Removal was served on all counsel of record via electronic court notification.

MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN

BY: ______________________________
Elizabeth A. Underwood, Esquire

Date: 7/14/2023

# EXHIBIT 5

| | |
|---|---|
| Mitchell S. Fineman, M.D. and Lucy Q. Fineman, h/w<br><br>Plaintiffs,<br><br>v.<br><br>Trek Bicycle Corporation, Ltd., Electra Bicycle Company, Inc., Electra Bicycle Corporation, LLC, Trek Retail Corporation (d/b/a Trek Bicycle Philadelphia Manayunk), Beacon Stores, Inc., (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), Mitchell Rovins and Susanna Rovins (d/b/a Beacon Stores, Inc. (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), SRAM, LLC, John Doe(s) and Jane Doe(s), ABC Corporation and DEF, LLC, and Heng Ying Machinery Co., Ltd.,<br><br>Defendants. | IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY<br><br>No.: 230600934 |

**Affidavit of Dan Powers**

1. I am familiar with the corporate structure of SRAM, LLC.

2. SRAM, LLC is a limited liability company 100% owned by member SRAM Holdings, LLC.

3. SRAM Holdings, LLC, is a limited liability company with two members, SRAM-SP2, Inc. and SRAM International Holdings, Inc.

4. SRAM-SP2, Inc. is a citizen of the states of Delaware and Illinois.

5. SRAM-SP2, Inc. is a Delaware Corporation with a principal place of business located at 1000 West Fulton Market, 4th Floor, Chicago, Il 60607.

6. SRAM International Holdings, Inc. is a citizen of the states of Delaware and Illinois.

7. SRAM International Holdings, Inc. is a Delaware Corporation with a principal place of business located at 1000 West Fulton Market, 4th Floor, Chicago, IL 60607.

8. Finally, as counsel for SRAM filed the Petition for Removal on its behalf, SRAM clearly consents to the removal of this case to Federal Court.

Dan Powers

Sworn to and subscribed before me

this 14th day of JULY, 2023

Maria E. Adams

Notary

OFFICIAL SEAL
MARIA E. ADAMS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/26/2026