UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHELL S. FINEMAN, M.D. and Lucy Q. FINEMAN, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>TREK BICYCLE CORPORATION, LTD., ELECTRA BICYCLE COMPANY, INC., ELECTRA BICYCLE CORPORATION, LLC, TREK RETAIL CORPORATION (d/b/a Trek Bicycle Philadelphia Manayunk), BEACON STORES, INC., (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), MITCHELL ROVINS and SUSANNA ROVINS (d/b/a Beacon Stores, Inc. (d/b/a Beacon Cycling and/or Beacon Cycling & Fitness), SRAM, LLC, ABC CORPORATION AND DEF, LLC, and HENG YING MACHINERY, LTD.,<br><br>Defendants. | NO. 2:23-cv-02272-JFM<br><br>JURY TRIAL DEMANDED |

**DEFENDANT HENG YING MACHINERY, LTD'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Heng Ying Machinery, Ltd. ("HYM") hereby files its corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. YHM is a corporation existing under the laws of Taiwan (Republic of China). HYM has no parent corporation and there is no publicly held corporation owning ten percent (10%) or more of its stock.

Respectfully submitted,

**LITTLETON PARK**
  **JOYCE UGHETTA & KELLY LLP**

By:    */s/ C. Scott Toomey, Esq.*
        C. Scott Toomey, Esq.
        Charles Gilliam-Brownlee, Esq.

        201 King of Prussia Rd.
        Ste. 220
        Radnor, PA  19087
        Phone: (484) 254-6220
        Fax: (484) 254-6221
        scott.toomey@littletonpark.com
        cgilliam-brownlee@littletonpark.com

        Attorneys for Defendant,
        Heng Ying Machinery, Ltd.

Date: August 22, 2023

## **CERTIFICATE OF SERVICE**

I, C. Scott Toomey, Esquire, hereby certify that I caused a true and correct copy of the enclosed document to be served on all counsel via the Court's electronic filing system on this date.

        Respectfully submitted,

        **LITTLETON PARK**
          **JOYCE UGHETTA & KELLY LLP**

By:    */s/ C. Scott Toomey, Esq.*
        C. Scott Toomey, Esq.
        Charles Gilliam-Brownlee, Esq.

        201 King of Prussia Rd.
        Ste. 220
        Radnor, PA  19087
        Phone: (484) 254-6220
        Fax: (484) 254-6221
        scott.toomey@littletonpark.com
        cgilliam-brownlee@littletonpark.com

        Attorneys for Defendant,
        Heng Ying Machinery, Ltd.

Dated:  August 22, 2023